██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON C. DODD, Also Known as BRANDON DODD, Appellant. [937 NYS2d 664]

██ Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.

██ In the Matter of CLETUS LEON, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [937 NYS2d 664]

Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO J. HODGES, Appellant. [937 NYS2d 661]

Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.